

**FARRELLFRITZ** P.C.
ATTORNEYS

**Heather P. Harrison**
Counsel

Direct Dial: 516-227-0668
Direct Fax: 516-336-2768
hharrison@farrellfritz.com

1320 RXR Plaza
Uniondale, NY 11556
www.farrellfritz.com

Our File No.
21005-111

November 10, 2014

**VIA ECF**
Magistrate Judge Robert M. Levy
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 1 4 2014 ★

BROOKLYN OFFICE

Re:   *Carabajo v. Delgado Travel Agency, Inc. et al.*
      Case No. 14-CV-2357 (JBW) (RML)

Dear Judge Levy:

Farrell Fritz, P.C. represents Defendants Delgado Travel Agency, Inc., Karina Vacacela and Hector Delgado ("Defendants") in the above-referenced action. We write on consent to request that Your Honor adjourn the initial conference scheduled for Thursday, November 13, 2014 at 12:00 p.m.

The parties have reached a settlement in principle and believe that this matter can be resolved without judicial intervention. Given the likelihood of settlement, we respectfully request that the Initial Conference be adjourned.

This is our third request for an adjournment of the Initial Conference.

We thank Your Honor for your time and attention to this matter.

Respectfully,

/s/ Heather P. Harrison

Heather P. Harrison

HPH
cc:   The Law Offices of William Cafaro (*via ECF only*)
Interwoven\4155093.1

[handwritten annotation: "to close the case subject to reopening by letter - 11/13/14"]