UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MIGUEL CARABAJO,

                Plaintiff

v.

DELGADO TRAVEL AGENCY INC.,
KARINA VACACELA and HECTOR
DELGADO,

                Defendants.
----------------------------------------------------------------X

Civil Action No.
14 CV 2357 (JBW) (RML)

STIPULATION AND ORDER
OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party (other than those specified in the Settlement Agreement).

    The Court retains jurisdiction over the Settlement Agreement resolving this action.

    A copy of this Stipulation shall be deemed as valid as an original.

| s/Amit Kumar | s/Heather P. Harrison |
|---|---|
| William Cafaro (WC2730) | Domenique Camacho Moran |
| Amit Kumar (AK0822) | Heather P. Harrison |
| Law Offices of William Cafaro | *Attorneys for Defendants* |
| *Attorneys for the Plaintiff* | Farrell Fritz |
| 108 West 39th Street, Ste 602 | 1320 RXR Plaza |
| New York, NY 10018 | Uniondale, NY 11556 |
| (212) 583-7400 | (516) 227-0700 |

SO ORDERED THIS 5 DAY
OF Jan , 2014 2015
_____
U.S.D.J

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★ JAN 0 7 2015 ★

BROOKLYN OFFICE

